UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JERMANIE GORDON,                                :

        Plaintiff,                     :        ORDER

        -v.-                            :        19 Civ. 8405 (GBD)(GWG)

C.O. DRUMMOND, et al.,                          :

        Defendants.                    :

---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      As was stated in the Court's Order of March 26, 2020 (Docket # 29), the initial conference in this matter shall take place by telephone on July 7, 2020, at 2:15 p.m. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden. When addressing the Court, counsel must <u>not</u> use a speakerphone.

      The parties are reminded that under the Order of March 16, 2020 (Docket # 25), as extended by Docket # 29, the parties must file a proposed scheduling order on ECF by tomorrow, July 2, 2020.

      SO ORDERED.

Dated: July 1, 2020
       New York, New York

                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge