UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JERMAINE GORDON                              :

                                                 :          <u>ORDER</u>
                 Plaintiff,
                                                 :          19 Civ. 8405 (GBD) (GWG)
   -v.-
                                                 :
C.O MR. DRUMMOND et al.,
                                                 :

               Defendants.         :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The parties shall file the materials required by section VI.A and VI.B of Judge Daniels' Individual Practices on or before April 29, 2022.

      SO ORDERED.

Dated: March 30, 2022
       New York, New York

                                                 GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge