**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JERMAINE GORDON,                              :
                                             :
                              Plaintiff,      :
       - against -                           :
                                             :                    **ORDER**
                                             :
ORAL DRUMMOND, LATOYA JACKSON,               :              19 Civ. 8405 (GBD)(GWG)
AND THE CITY OF NEW YORK,                    :
                                             :
                              Defendants.     :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:
                                              x

GEORGE B. DANIELS, United States District Judge:

A pre-trial conference is scheduled for July 6, 2022 at 10:00 a.m.

Dated: June 14, 2022
       New York, New York

                                        SO ORDERED.

                                        _George B. Daniels_
                                        GEORGE B. DANIELS
                                        United States District Judge