UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JERMAINE GORDON,

                     Plaintiff,

    -against-                                 ORDER

ORAL DRUMMOND, LATOYA JACKSON and     19 Civ. 8405 (GBD) (GWG)
THE CITY OF NEW YORK,

                     Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: July 25, 2022
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge